UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Eric Haines

Case No.: 15-04565
Chapter 7

Debtor(s)          /

**NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT**

  COMES NOW, Arvind Mahendru, as trustee of the above styled case and respectfully shows that pursuant to the Notice of Trustee's Final Report and Application for Compensation, dated August 23, 2016, the trustee has disbursed the entire amount in the trustee's account; that all checks have cleared with the exception of the following:

| Claim Number | Claimant and Address | Amount |
|---|---|---|
| 3 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | $3133.47 |

  For checks returned as undeliverable, no forwarding address was on file and all attempts to locate the claimants were futile. For checks not cashed, more than 90 days has elapsed since the distribution of the final dividend, and a "stop payment" has been made with the bank.

  Pursuant to the provisions of 11 U.S.C., §347, the undersigned provides checks in the afore-mentioned amounts payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and that their addresses as far as known, are given above.

  A copy of this notice and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbon United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602 on this February 22, 2017.

/s/ Arvind Mahendru
Arvind Mahendru, Trustee
5703 Red Bug Lake Road #284
Winter Springs, Florida  32708
(407) 504-2462
amtrustee@gmail.com

Copies furnished via Electronic Notice of U.S. Mail to:

United States Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801

Alison Hale, Asst. Financial Deputy, United States Bankruptcy Court, 400 W. Washington St., Suite 1100, Orlando, Florida 32801

Eric Haines, 3026 SIR HAMILTON CIR., TITUSVILLE, FL 32780

Catherine J Jones, LegalNinja, LLC, 400 Orange St, Titusville, FL 32796

Chase, Po Box 24696, Columbus, OH 43224